UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-20001-BLOOM/OTAZO-REYES

| | |
|---|---|
| ANSELMO LIMA DE ARAUJO, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC, | ) |
| EXPERIAN INFORMATION SOLUTIONS, | ) |
| INC., and TRANS UNION, LLC, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT**

Defendant, Equifax Information Services LLC ("Equifax" or "Defendant"), by and through its undersigned counsel, files its Answer and Defenses to Plaintiff's Complaint ("Complaint") as follows:

**PRELIMINARY STATEMENT**

In answering the Complaint, Equifax states that it is responding to allegations on behalf of itself only, even where the allegations pertain to alleged conduct by all Defendants. Equifax denies any and all allegations contained in the headings and/or unnumbered paragraphs in the Complaint.

**ANSWER**

In response to the specific allegations in the enumerated paragraphs in the Complaint, Equifax responds as follows:

**JURISDICTION AND VENUE**

1. Equifax admits that Plaintiff purports to bring claims under the Fair Credit Reporting Act ("FCRA"). Equifax denies that it violated the FCRA, denies that Plaintiff was

- 2 -

damaged by any action or inaction of Equifax, and denies that Plaintiff is entitled to any of the relief requested.

2. Equifax admits that the Court has federal question jurisdiction over Plaintiff's FCRA claim against Equifax pursuant to 28 U.S.C. § 1331 and 15 U.S.C § 1681p. Equifax is otherwise without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2.

## PARTIES

3. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3.

4. Equifax admits the allegations in Paragraph 4.

5. Equifax admits the allegations in Paragraph 5.

6. Equifax admits that it disburses consumer reports to third parties with permissible purpose.

7. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7.

8. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8.

9. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9.

10. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10.

11. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11.

12. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12.

13. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13.

## FACTUAL ALLEGATIONS

14. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14.

15. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15.

16. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16.

17. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17.

18. Equifax states that Plaintiff's credit file speaks for itself. To the extent Plaintiff misstates, misquotes, or takes out of context its content, the allegations are denied.

19. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19.

20. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20.

21. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21.

22. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22.

23. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23.

24. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24.

25. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25.

26. Equifax states that Plaintiff's credit file speaks for itself. To the extent Plaintiff misstates, misquotes, or takes out of context its content, the allegations are denied.

27. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27.

28. Equifax states that the FCRA speaks for itself. To the extent Plaintiff misstates, misquotes, or takes out of context its content, the allegations are denied.

29. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29.

30. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30.

31. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31.

32. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32.

33. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33.

34. Equifax states that Plaintif's credit file speaks for itself. To the extent Plaintiff misstates, misquotes, or takes out of context its content, the allegations are denied.

35. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35.

36. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36.

37. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37.

38. Equifax states that Exhibit A speaks for itself. To the extent Plaintiff misstates, misquotes, or mischaracterizes its content, Equifax denies the allegations.

39. Equifax denies the allegations in Paragraph 39.

40. Equifax denies the allegations in Paragraph 40.

41. Equifax denies the allegations in Paragraph 41.

42. Equifax denies the allegations in Paragraph 42.

**COUNT I AS TO EQUIFAX'S VIOLATION OF 15 U.S.C. §1681e(b)**

43. Equifax reasserts and re-alleges its responses and defenses above as set forth herein.

44. Equifax denies the allegations in Paragraph 44.

45. Equifax denies the allegations in Paragraph 45.

46. Equifax denies the allegations in Paragraph 46.

47. Equifax denies the allegations in Paragraph 47.

Equifax denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Equifax.

**COUNT II AS TO EQUIFAX'S VIOLATION OF 15 U.S.C. §1681i**

- 6 -

48. Equifax reasserts and re-alleges its responses and defenses above as set forth herein.

49. Equifax denies the allegations in Paragraph 49.

50. Equifax denies the allegations in Paragraph 50.

51. Equifax denies the allegations in Paragraph 51.

52. Equifax denies the allegations in Paragraph 52.

Equifax denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Equifax.

### COUNT III AS TO EQUIFAX'S VIOLATION OF 15 U.S.C. §1681e(b)

53. Equifax reasserts and re-alleges its responses and defenses above as set forth herein.

54. Equifax denies the allegations in Paragraph 54.

55. Equifax denies the allegations in Paragraph 55.

56. Equifax denies the allegations in Paragraph 56.

57. Equifax denies the allegations in Paragraph 57.

Equifax denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Equifax.

### COUNT IV AS TO EQUIFAX'S VIOLATION OF 15 U.S.C. §1681i

58. Equifax reasserts and re-alleges its responses and defenses above as set forth herein.

59. Equifax denies the allegations in Paragraph 59.

60. Equifax denies the allegations in Paragraph 60.

61. Equifax denies the allegations in Paragraph 61.

62. Equifax denies the allegations in Paragraph 62.

Equifax denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Equifax.

010-9329-5813/1/AMERICAS

- 7 -

## COUNT I AS TO EXPERIAN'S VIOLATION OF 15 U.S.C. §1681e(b)

63. Equifax reasserts and re-alleges its responses and defenses above as set forth herein.

64. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64.

65. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 65.

66. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66.

67. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 67.

## COUNT II AS TO EXPERIAN'S VIOLATION OF 15 U.S.C. §1681i

68. Equifax reasserts and re-alleges its responses and defenses above as set forth herein.

69. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 69.

70. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70.

71. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 71.

72. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 72.

## COUNT III AS TO EXPERIAN'S VIOLATION OF 15 U.S.C. §1681e(b)

73. Equifax reasserts and re-alleges its responses and defenses above as set forth herein.

010-9329-5813/1/AMERICAS

- 8 -

74. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 74.

75. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 75.

76. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 76.

77. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 77.

## COUNT IV AS TO EXPERIAN'S VIOLATION OF 15 U.S.C. §1681i

78. Equifax reasserts and re-alleges its responses and defenses above as set forth herein.

79. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79.

80. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 80.

81. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 81.

82. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 82.

## COUNT I AS TO TRANSUNION'S VIOLATION OF 15 U.S.C. §1681e(b)

83. Equifax reasserts and re-alleges its responses and defenses above as set forth herein.

84. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 84.

010-9329-5813/1/AMERICAS

85. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 85.

86. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 86.

87. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 87.

**COUNT II AS TO TRANSUNION'S VIOLATION OF THE U.S.C. §1681i**

88. Equifax reasserts and re-alleges its responses and defenses above as set forth herein.

89. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 89.

90. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 90.

91. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 91.

92. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 92.

**COUNT III AS TO TRANSUNION'S VIOLATION OF 15 U.S.C §1681e(b)**

93. Equifax reasserts and re-alleges its responses and defenses above as set forth herein.

94. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 94.

95. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 95.

96. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 96.

97. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 97.

### COUNT IV AS TO TRANSUNION'S VIOLATION OF 15 U.S.C. §1681i

98. Equifax reasserts and re-alleges its responses and defenses above as set forth herein.

99. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 99.

100. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 100.

101. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 101.

102. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 102.

### JURY DEMAND

103. Equifax admits that Plaintiff demands a trial by jury.

104. Equifax denies that Plaintiff is entitled to any damages, costs, or fees or other relief from or against Equifax.

105. Any allegation in Plaintiff's Complaint not heretofore specifically responded to by Equifax is hereby denied.

WHEREFORE, having fully answered or otherwise responded to the allegations contained in Plaintiff's Complaint, Equifax prays that:

    (1)    Plaintiff's Complaint be dismissed in its entirety and with prejudice as to Equifax, with all costs taxed against Plaintiff;

    (2)    it be dismissed as a party to this action; and

    (3)    it recover such other and additional relief, as the Court deems just and appropriate.

DATED: February 14, 2022

Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP

By: */s/ Jason Daniel Joffe*
Jason Daniel Joffe
Florida Bar No. 0013564
200 S. Biscayne Blvd., Suite 3400
Miami, FL 33131
Telephone: (305) 577-7000
Facsimile:  (305) 577-7001
Email:  jason.joffe@squirepb.com

*Counsel for Defendant Equifax Information Services LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 14, 2022, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

*/s/ Jason Daniel Joffe*
Jason Daniel Joffe